UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ROBERT RUSSELL RAUCH, )
 )
    Plaintiff, )
 )
v. ) No. 4:05-CV-1990-SNL
 )
UNKNOWN SHAW and SHANNON LAPLANTE, )
 )
    Defendants. )

## ORDER OF PARTIAL DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's action is **DISMISSED** as to defendant Laplante, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Dated this   19th   day of December, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE